**Brenda JACKSON-JOHNSON,**
**Appellant**

v.

**DISTRICT OF COLUMBIA, Appellee**

No. 16-7053
September Term, 2016

United States Court of Appeals,
District of Columbia Circuit.

Filed On: March 7, 2017

**1:13-cv-00528-TSC**

Douglas William Tyrka, Tyrka & Associates, LLC, McLean, VA, for Appellant

Loren L. AliKhan, Deputy Solicitor General, Todd Sunhwae Kim, Solicitor General, Richard Stuart Love, Assistant Attorney General, Office of the Attorney General, District of Columbia, Office of the Solicitor General, Washington, DC, for Appellee

**ORDER**

Upon consideration of appellee's motion to govern future proceedings, and appellant's consent motion for voluntary dismissal of this appeal, it is

**ORDERED** that the motion for voluntary dismissal be granted and this case be dismissed.

The Clerk is directed to issue the mandate forthwith to the district court.